**COMMONWEALTH of Pennsylvania**

v.

**Glenn Howard LEWIS, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1983.

Decided Feb. 3, 1983.

Michael R. Muth, Richard E. Deetz, Asst. Public Defenders, for appellant.

James F. Marsh, Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Judgment of sentence affirmed.